(132 So. 923)

## A. C. RAY v. STATE.
### 8 Div. 99.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(135 So. 925)

## Olin RAYBURN, alias, etc., v. STATE.
### I Div. 49.

Court of Appeals of Alabama.
June 18, 1931.

PER CURIAM.
Appeal dismissed.

(131 So. 926)

## John REAVES v. STATE.
### I Div. 981.

Court of Appeals of Alabama.
Nov. 18, 1930.

SAMFORD, J.
Appeal dismissed.

(137 So. 924)

## Jeff REED v. STATE.
### 2 Div. 480.

Court of Appeals of Alabama.
Nov. 3, 1931.

SAMFORD, J.
Affirmed.

(137 So. 925)

## Jeff REED v. STATE.
### 2 Div. 479.

Court of Appeals of Alabama.
Nov. 3, 1931.

BRICKEN, P. J.

Appellant was indicted, tried, and convicted, for the offense of making, manufacturing, or distilling alcoholic or spirituous liquors contrary to law. Upon arraignment in the court below, he interposed a plea of guilty as charged in the indictment, and the verdict of the jury was predicated upon this plea. The court imposed the lowest term of imprisonment, but, notwithstanding, the defendant appealed to this court from the judgment of conviction pronounced and entered.

There is no merit whatever in this appeal. Manifestly it was for delay only. The judgment of conviction in the lower court will stand affirmed.

Affirmed.

(134 So. 923)

## Geo. REEDER v. STATE.
### 8 Div. 274.

Court of Appeals of Alabama.

May 26, 1931.

BRICKEN, P. J.
Appeal dismissed.

(135 So. 925)

## Sam RELAN v. STATE.
### 6 Div. 794.

Court of Appeals of Alabama.
Jan. 20, 1931.

Rehearing Denied June 9, 1931.

R. M. Montgomery, of Birmingham, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

The corpus delicti was proven without dispute, and the only question in dispute was the identity of defendant. On this question the evidence was in conflict. If the jury believed the evidence for the state beyond a reasonable doubt, the defendant is guilty. The jury passed upon this evidence, and we cannot disturb the verdict.

There is no error in the record, and the judgment is affirmed.

Affirmed.